Frederick H. Schnell, appellant, v. National Air Transport, appellee. Gen. No. 39,928.

Opinion filed June 29, 1938.

Philip Rosenthal, for appellant; Thomas S. MacKinlay, Arthur W. Klein, John O. Wilkinson and Joseph Harrow, of counsel. Cassels, Potter & Bentley, for appellee; Ralph F. Potter, Leslie H. Vogel and Richard H. Merrick, of counsel.

Mr. Justice Hall delivered the opinion of the court.